**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE: Laura Crankshaw

**CASE NO.05-53258**

### MOTION for ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

1. In conformance to provisions of Statutes <u>28 USCA §2041, 28 USCA §2042</u>, the undersigned Movant, Gabriel A. Yandoli, Attorney at Law, representing National Recovery Services, Inc. ("Applicant"), motions the Court for an Order directing the Clerk of the Court to pay from the Registry of the Court the monetary sum of:**$18,173.26** payable as so indicated on the Order Directing Payment of Unclaimed Funds.

2. Said funds have been returned to the Registry of the Court on or about August 8,2011 per the requirements of Statute <u>28 USCA §2041</u> and deposited in the Treasury of the United States pursuant to the Order of the Court as unclaimed funds belonging to **Cathy Myles ("Creditor").**

3. Applicant has been authorized by the **Creditor** or by a duly authorized agent thereof, pursuant to a "Limited Power of Attorney", to recover said unclaimed funds recorded in the Registry of the Court. The aforementioned "Limited Power of Attorney" is attached hereto as **"Exhibit A".**

4. Applicant has made inquiry into the status of the claim and has no knowledge that this claim has previously been paid, that any other application for this claim is currently pending, or that a party other than the **Applicant** is entitled and authorized to submit an application for this claim.

5. The Trustee did not have the **Creditor's** current address for delivery of the subject funds.

6. A copy of this Motion and a Notice of Hearing Date ("Notice") will be served upon the **Creditor** and the United States Trustee by certified mail, return receipt requested, and proof of such service will be filed with the Court. The foregoing parties will also be advised by such service to file with the Court any objection to the payment of this claim no later than seven (7) days prior to the date scheduled for a Hearing on this Motion.

**WHEREAS:** The Movant respectfully requests that the Court direct the Clerk of the Court to remit the requested monetary claim as so indicated on the Order Directing Payment of Unclaimed Funds.

Date Submitted: August 13, 2011

                                              /s/ Gabriel A. Yandoli

                                              Gabriel A. Yandoli
                                              Attorney at Law
                                              Atty ID Code: GY 3344
                                              36 University Avenue
                                              Chatham, NJ 07928
                                              Tel: (973) 635-9697

                                              Representing:
                                              National Recovery Services, Inc.
                                              P.O. Box 462
                                              Spring Lake, NJ 07762
                                              Tel: (732) 282-1976

                                              XXX-XX- 3653
                                              Creditor's Social Security
                                              No. (last four digits)